CITY OF BALTIMORE

BRANDON M. SCOTT,
Mayor



DEPARTMENT OF LAW
EBONY M. THOMPSON,
ACTING CITY SOLICITOR
100 N. HOLLIDAY STREET
SUITE 101, CITY HALL
BALTIMORE, MD 21202

May 11, 2023

Jeffrey S. Neal, Deputy Clerk
United States Court of Appeals for the Fourth Circuit
1100 E. Main Street, Suite 501
Richmond, VA 23219

*Via CM/ECF Delivery Only*

    Re:    *Simon v. Gladstone, et al.*
             Appeal No. 23-1431
             District Court Case No. 1:22-cv-00549-JRR

Dear Clerk:

    This letter is in response to Appellant's letter regarding corrections to the caption. Despite Appellant's incorrect assertion regarding the employment status of the individual Appellees, and its irrelevance to the issues before this Court, Appellees will not oppose Appellant's request to entirely remove the "officer" term from the caption with regard to the individual Appellees.

    Further, Appellees will join in Appellant's request to correct Appellee Ryan Guinn's name, which is currently listed in the caption as "Gunn." Appellees also confirm that Attorney Alexa E. Ackerman should be listed as counsel for Appellees, not Appellant.

                                      Sincerely,

                                      /s/ James A H. Corley
                                  James A. H. Corley (Fed. Bar No. 30016)
                                  Chief City Solicitor
                                  BALTIMORE CITY DEPARTMENT OF LAW
                                  100 N. Holliday Street; Suite 101
                                  Baltimore, Maryland 21202
                                  (410) 274-8614 / Fax: (410) 396-2126
                                  Jim.Corley@baltimorecity.gov

CC:    All Counsels for Parties (via CM/ECF)