UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1431
(1:22-cv-00549-JRR)
_____

DEMETRIC SIMON

  Plaintiff - Appellant

v.

KEITH GLADSTONE; ROBERT HANKARD; WAYNE JENKINS; BALTIMORE CITY POLICE DEPARTMENT; CARMINE VIGNOLA; BENJAMIN L. FRIEMAN; RYAN GUINN; DEAN PALMERE SEAN MILLER

  Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the submissions relative to appellant's motions to order appellees and appellees' counsel to disclose settlement agreements and motion to supplement the prior motion, the court denies the motions.

      For the Court

      /s/ Nwamaka Anowi, Clerk