FILED: September 4, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1431
(1:22-cv-00549-JRR)

_____

DEMETRIC SIMON

      Plaintiff - Appellant

v.

KEITH GLADSTONE; ROBERT HANKARD; WAYNE JENKINS;
BALTIMORE CITY POLICE DEPARTMENT; CARMINE VIGNOLA;
BENJAMIN L. FRIEMAN; RYAN GUINN; DEAN PALMERE SEAN MILLER

      Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the submissions relative to appellant's motion to reconsider the order entered on August 29, 2024, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk