FILED: April 1, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1431
(1:22-cv-00549-JRR)

_____

DEMETRIC SIMON

       Plaintiff - Appellant

v.

KEITH GLADSTONE; ROBERT HANKARD; WAYNE JENKINS;
BALTIMORE CITY POLICE DEPARTMENT; CARMINE VIGNOLA;
BENJAMIN L. FRIEMAN; RYAN GUINN; DEAN PALMERE SEAN MILLER

       Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Niemeyer, and Judge Benjamin.

For the Court

/s/ Nwamaka Anowi, Clerk